# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:15CB9 |
| vs. | ) ) | Violation No.: 2304722 NE14 |
| JOSEPH W. HIGGINS, | ) ) | ORDER |
| Defendant. | ) ) | |

The defendant's Motion to Continue (Filing No. 26) is granted.

**IT IS ORDERED** that the trial of this matter is continued to **January 26, 2016,** at 9:00 a.m. before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

The defendant must be present unless excused by the Court.

DATED this 17th day of December, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge