IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH W. HIGGINS,<br><br>    Defendant. | 8:15CB9<br>Violation No.: 2304722 NE14<br><br>DISMISSAL ORDER |

NOW ON THIS 15th day of March, 2016, this matter is before the Court on the United States' Motion for Dismissal. The Court, being duly advised in the premises, finds that said Motion should be sustained.

IT IS HEREBY ORDERED:

The Motion to Dismiss (Filing No. 38) is granted. Leave of Court is granted for the United States to dismiss, with prejudice, the violation in the above-captioned case as it to the Defendant, JOSEPH W. HIGGINS.

DATED: March 15, 2016

            BY THE COURT:

            s/ Thomas D. Thalken
            United States Magistrate Judge